IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONDA SILLER                                                                                    PLAINTIFF

V.                                          NO. 3: 07 CV 00125  JFF

SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## ORDER

Plaintiff's Motion To Dismiss (DE# 6) is GRANTED.  This case is hereby dismissed without prejudice.

IT IS SO ORDERED this 15th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE